Printed on: 01/02/2020
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019
**Case Number: 19-17385 (JNP)**

Kristy M. Duffey
2312 Gianna Drive
Glassboro, NJ  08028

Monthly Payment: $438.00
Payments / Month: 1
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 05/02/2019 | $417.00 | 06/17/2019 | $417.00 | 07/15/2019 | $438.00 | 08/16/2019 | $438.00 |
| 09/16/2019 | $438.00 | 10/21/2019 | $438.00 | 11/18/2019 | $438.00 | 12/02/2019 | $438.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | KRISTY M. DUFFEY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LAW OFFICES OF LEE M. PERLMAN | 13 | $4,095.00 | $3,183.38 | $911.62 | $2,779.54 |
| 1 | BANK OF AMERICA, N.A. | 33 | $597.28 | $0.00 | $597.28 | $0.00 |
| 2 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,256.27 | $0.00 | $1,256.27 | $0.00 |
| 4 | CAPITAL ONE BANK USA, N.A. | 33 | $848.85 | $0.00 | $848.85 | $0.00 |
| 5 | CITIBANK, N.A. | 33 | $1,650.31 | $0.00 | $1,650.31 | $0.00 |
| 6 | QUANTUM3 GROUP, LLC | 33 | $403.21 | $0.00 | $403.21 | $0.00 |
| 7 | QUANTUM3 GROUP, LLC | 33 | $752.11 | $0.00 | $752.11 | $0.00 |
| 8 | QUANTUM3 GROUP, LLC | 33 | $357.85 | $0.00 | $357.85 | $0.00 |
| 9 | QUANTUM3 GROUP, LLC | 33 | $1,904.88 | $0.00 | $1,904.88 | $0.00 |
| 10 | QUANTUM3 GROUP, LLC | 33 | $1,345.69 | $0.00 | $1,345.69 | $0.00 |
| 11 | LVNV FUNDING, LLC | 33 | $902.34 | $0.00 | $902.34 | $0.00 |
| 12 | ESSEX CHASE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | CAPITAL ONE, N.A. | 33 | $798.61 | $0.00 | $798.61 | $0.00 |
| 14 | MABTC/TFC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | MERCURY/FBT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | MIDFIRST BANK | 24 | $861.90 | $0.00 | $861.90 | $0.00 |
| 17 | ORLANDO ORTIZ | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | REMEX | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | SOUTH JERSEY RADIOLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $347.21 | $0.00 | $347.21 | $0.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,011.92 | $0.00 | $1,011.92 | $0.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $223.39 | $0.00 | $223.39 | $0.00 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $688.47 | $0.00 | $688.47 | $0.00 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $589.89 | $0.00 | $589.89 | $0.00 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $344.92 | $0.00 | $344.92 | $0.00 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $630.25 | $0.00 | $630.25 | $0.00 |
| 27 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 28 | TD BANK USA, N.A. | 33 | $2,259.99 | $0.00 | $2,259.99 | $0.00 |
| 29 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | VERIZON BY AMERICAN INFOSOURCE | 33 | $423.93 | $0.00 | $423.93 | $0.00 |
| 31 | DEPARTMENT STORES NATIONAL BANK | 33 | $1,449.03 | $0.00 | $1,449.03 | $0.00 |
| 32 | WELLS FARGO BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | LEE MARTIN PERLMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $847.65 | $0.00 | $847.65 | $0.00 |
| 36 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $631.60 | $0.00 | $631.60 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 05/01/2019 | 1.00 | $0.00 |
| 06/01/2019 | Paid to Date | $834.00 |
| 07/01/2019 | 58.00 | $438.00 |
| 05/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,462.00 |
| Total paid to creditors this period: | $2,779.54 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $438.00 |
| Attorney: | LAW OFFICES OF LEE M. PERLMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**