B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

DISTRICT OF NEW JERSEY

In Re:                                                        Case No.  1917385
KRISTY M DUFFEY

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC                           Citibank, N.A.
------------------------------------------                ------------------------------------------
Name of Transferee                                             Name of Transferor

Name and Address where notices to transferee         Court Claim # (if known): 24
should be sent:                                             Amount of Claim: $1,650.31
Portfolio Recovery Associates, LLC                      Date Claim Filed: 06/20/2019
POB 41067
Norfolk, VA 23541

Phone: (877)829-8298                                         Phone:
Last Four Digits of Acct # :  4788                        Last Four Digits of Acct #: 4788

Name and Address where transferee payments          <u>Seller Information</u>
Should be sent (if different from above)                        CITIBANK, N.A.
Portfolio Recovery Associates, LLC                      701 EAST 60TH STREET NORTH
POB 12914                                                           SIOUX FALLS SD 57117
Norfolk, VA 23541

Phone: (877)829-8298
Last Four Digits of Acct # : 4788

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Tyeast Minter                                                 Date: 2/21/2020
     -------------------------------------------
       Transferee/Transferee's Agent
Email: Bankruptcy_Info@portfoliorecovery.com

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571



## BILL OF SALE AND ASSIGNMENT

THIS BILL OF SALE AND ASSIGNMENT dated November 21, 2019, is by Citibank, N.A., a national banking association organized under the laws of the United States, located at 5800 South Corporate Place, Sioux Falls, SD 57108 (the "Bank") to Portfolio Recovery Associates, LLC ("Buyer"), organized under the laws of Delaware, with its headquarters/principal place of business at 130 Corporate Boulevard, Norfolk, VA 23502.

For value received and subject to the terms and conditions of the Master Purchase and Sale Agreement dated January 25, 2019 and Addendum No. 9 dated November 18, 2019, between Buyer and the Bank (the "Agreement"), the Bank does hereby transfer, sell, assign, convey, grant, bargain, set over and deliver to Buyer, and to Buyer's successors and assigns, the Accounts described in Exhibit 1 and the final electronic file.

**Citibank, N.A.**

By: _____
        (Signature)

Name: ____Terri Bergman_____

Title: ____Authorized Party____