Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 19-17385 (JNP)**

Kristy M. Duffey  
2312 Gianna Drive  
Glassboro, NJ  08028

Monthly Payment: $438.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/08/2021 | $438.00 | 03/05/2021 | $438.00 | 03/15/2021 | $438.00 | 04/21/2021 | $438.00 |
| 06/01/2021 | $438.00 | 06/28/2021 | $438.00 | 08/09/2021 | $438.00 | 09/07/2021 | $438.00 |
| 10/05/2021 | $438.00 | 11/01/2021 | $438.00 | 11/29/2021 | $438.00 | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | KRISTY M. DUFFEY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LAW OFFICES OF LEE M. PERLMAN | 13 | $4,095.00 | $4,095.00 | $0.00 | $1,315.46 |
| 1 | BANK OF AMERICA, N.A. | 33 | $597.28 | $208.57 | $388.71 | $66.68 |
| 2 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,256.27 | $438.69 | $817.58 | $140.24 |
| 4 | CAPITAL ONE BANK USA, N.A. | 33 | $848.85 | $296.42 | $552.43 | $94.76 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,650.31 | $576.29 | $1,074.02 | $184.23 |
| 6 | QUANTUM3 GROUP, LLC | 33 | $403.21 | $140.81 | $262.40 | $45.01 |
| 7 | QUANTUM3 GROUP, LLC | 33 | $752.11 | $262.64 | $489.47 | $83.96 |
| 8 | QUANTUM3 GROUP, LLC | 33 | $357.85 | $124.96 | $232.89 | $39.95 |
| 9 | QUANTUM3 GROUP, LLC | 33 | $1,904.88 | $665.19 | $1,239.69 | $212.64 |
| 10 | QUANTUM3 GROUP, LLC | 33 | $1,345.69 | $469.92 | $875.77 | $150.23 |
| 11 | LVNV FUNDING, LLC | 33 | $902.34 | $315.10 | $587.24 | $100.73 |
| 12 | ESSEX CHASE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | CAPITAL ONE, N.A. | 33 | $798.61 | $278.88 | $519.73 | $89.15 |
| 14 | MABTC/TFC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | MERCURY/FBT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | MIDFIRST BANK | 24 | $861.90 | $861.90 | $0.00 | $861.90 |
| 17 | ORLANDO ORTIZ | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | REMEX | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | SOUTH JERSEY RADIOLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $347.21 | $121.25 | $225.96 | $38.75 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,011.92 | $353.37 | $658.55 | $112.96 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $223.39 | $78.01 | $145.38 | $24.94 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $688.47 | $240.42 | $448.05 | $76.85 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $589.89 | $205.99 | $383.90 | $65.85 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $344.92 | $120.44 | $224.48 | $38.50 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $630.25 | $220.09 | $410.16 | $70.35 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | TD BANK USA, N.A. | 33 | $2,259.99 | $789.19 | $1,470.80 | $252.28 |
| 29 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | VERIZON BY AMERICAN INFOSOURCE | 33 | $423.93 | $148.04 | $275.89 | $47.32 |
| 31 | DEPARTMENT STORES NATIONAL BANK | 33 | $1,449.03 | $506.00 | $943.03 | $161.76 |
| 32 | WELLS FARGO BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | LEE MARTIN PERLMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $847.65 | $296.00 | $551.65 | $94.63 |
| 36 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $631.60 | $220.55 | $411.05 | $70.51 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 05/01/2019 | 1.00 | $0.00 |
| 06/01/2019 | Paid to Date | $834.00 |
| 07/01/2019 | 58.00 | $438.00 |
| 05/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $4,818.00 |
| Total paid to creditors this period: | $4,439.64 |
| Undistributed Funds on Hand: | $401.21 |
| Arrearages: | $438.00 |
| Attorney: | LAW OFFICES OF LEE M. PERLMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**