Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-17385 (JNP)

Kristy M. Duffey  
2312 Gianna Drive  
Glassboro, NJ 08028

Monthly Payment: $438.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/05/2022 | $438.00 | 02/04/2022 | $438.00 | 03/07/2022 | $438.00 | 04/04/2022 | $438.00 |
| 05/02/2022 | $438.00 | 05/31/2022 | $438.00 | 06/27/2022 | $438.00 | 08/08/2022 | $438.00 |
| 09/02/2022 | $438.00 | 10/28/2022 | $438.00 | 11/28/2022 | $438.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | KRISTY M. DUFFEY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LAW OFFICES OF LEE M. PERLMAN | 13 | $4,095.00 | $4,095.00 | $0.00 | $0.00 |
| 1 | BANK OF AMERICA, N.A. | 33 | $597.28 | $338.62 | $258.66 | $141.89 |
| 2 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,256.27 | $712.23 | $544.04 | $298.45 |
| 4 | CAPITAL ONE BANK USA, N.A. | 33 | $848.85 | $481.24 | $367.61 | $201.66 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,650.31 | $935.62 | $714.69 | $392.06 |
| 6 | QUANTUM3 GROUP, LLC | 33 | $403.21 | $228.60 | $174.61 | $95.80 |
| 7 | QUANTUM3 GROUP, LLC | 33 | $752.11 | $426.39 | $325.72 | $178.68 |
| 8 | QUANTUM3 GROUP, LLC | 33 | $357.85 | $202.88 | $154.97 | $85.01 |
| 9 | QUANTUM3 GROUP, LLC | 33 | $1,904.88 | $1,079.95 | $824.93 | $452.55 |
| 10 | QUANTUM3 GROUP, LLC | 33 | $1,345.69 | $762.92 | $582.77 | $319.69 |
| 11 | LVNV FUNDING, LLC | 33 | $902.34 | $511.57 | $390.77 | $214.37 |
| 12 | ESSEX CHASE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | CAPITAL ONE, N.A. | 33 | $798.61 | $452.76 | $345.85 | $189.73 |
| 14 | MABTC/TFC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | MERCURY/FBT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | MIDFIRST BANK | 24 | $861.90 | $861.90 | $0.00 | $0.00 |
| 17 | ORLANDO ORTIZ | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | REMEX | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | SOUTH JERSEY RADIOLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $347.21 | $196.84 | $150.37 | $82.50 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,011.92 | $573.69 | $438.23 | $240.41 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $223.39 | $126.65 | $96.74 | $53.07 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $688.47 | $390.32 | $298.15 | $163.57 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $589.89 | $334.43 | $255.46 | $140.14 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $344.92 | $195.55 | $149.37 | $81.94 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $630.25 | $357.31 | $272.94 | $149.74 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | TD BANK USA, N.A. | 33 | $2,259.99 | $1,281.28 | $978.71 | $536.91 |
| 29 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | VERIZON BY AMERICAN INFOSOURCE | 33 | $423.93 | $240.34 | $183.59 | $100.72 |
| 31 | DEPARTMENT STORES NATIONAL BANK | 33 | $1,449.03 | $821.51 | $627.52 | $344.24 |
| 32 | WELLS FARGO BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | LEE MARTIN PERLMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $847.65 | $480.56 | $367.09 | $201.37 |
| 36 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $631.60 | $358.08 | $273.52 | $150.04 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 05/01/2019 | 1.00 | $0.00 |
| 06/01/2019 | Paid to Date | $834.00 |
| 07/01/2019 | 58.00 | $438.00 |
| 05/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $4,818.00 |
| Total paid to creditors this period: | $4,814.54 |
| Undistributed Funds on Hand: | $400.33 |
| Arrearages: | $876.00 |
| Attorney: | LAW OFFICES OF LEE M. PERLMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**