Printed on: 01/02/2024
ANDREW B. FINBERG [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-17385 (JNP)

Kristy M. Duffey
2312 Gianna Drive
Glassboro, NJ 08028

Monthly Payment: $527.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/09/2023 | $438.00 | 02/21/2023 | $438.00 | 03/20/2023 | $438.00 | 05/01/2023 | $438.00 |
| 05/30/2023 | $438.00 | 06/12/2023 | $438.00 | 07/24/2023 | $527.00 | 08/21/2023 | $527.00 |
| 09/21/2023 | $527.00 | 11/01/2023 | $527.00 | 12/08/2023 | $527.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | KRISTY M. DUFFEY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LAW OFFICES OF LEE M. PERLMAN | 13 | $4,095.00 | $4,095.00 | $0.00 | $0.00 |
| 1 | BANK OF AMERICA, N.A. | 33 | $597.28 | $476.60 | $120.68 | $137.98 |
| 2 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,256.27 | $1,002.44 | $253.83 | $290.21 |
| 4 | CAPITAL ONE, N.A. | 33 | $848.85 | $677.34 | $171.51 | $196.10 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,650.31 | $1,316.87 | $333.44 | $381.25 |
| 6 | QUANTUM3 GROUP, LLC | 33 | $403.21 | $321.74 | $81.47 | $93.14 |
| 7 | QUANTUM3 GROUP, LLC | 33 | $752.11 | $600.15 | $151.96 | $173.76 |
| 8 | QUANTUM3 GROUP, LLC | 33 | $357.85 | $285.55 | $72.30 | $82.67 |
| 9 | QUANTUM3 GROUP, LLC | 33 | $1,904.88 | $1,520.00 | $384.88 | $440.05 |
| 10 | QUANTUM3 GROUP, LLC | 33 | $1,345.69 | $1,073.79 | $271.90 | $310.87 |
| 11 | LVNV FUNDING, LLC | 33 | $902.34 | $720.03 | $182.31 | $208.46 |
| 12 | ESSEX CHASE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | CAPITAL ONE, N.A. | 33 | $798.61 | $637.25 | $161.36 | $184.49 |
| 14 | MABTC/TFC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | MERCURY/FBT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | MIDFIRST BANK | 24 | $861.90 | $861.90 | $0.00 | $0.00 |
| 17 | ORLANDO ORTIZ | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | REMEX | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | SOUTH JERSEY RADIOLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $347.21 | $277.06 | $70.15 | $80.22 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,011.92 | $807.46 | $204.46 | $233.77 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $223.39 | $178.26 | $45.13 | $51.61 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $688.47 | $549.36 | $139.11 | $159.04 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $589.89 | $470.71 | $119.18 | $136.28 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $344.92 | $275.23 | $69.69 | $79.68 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $630.25 | $502.91 | $127.34 | $145.60 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | TD BANK USA, N.A. | 33 | $2,259.99 | $1,803.36 | $456.63 | $522.08 |
| 29 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | VERIZON BY AMERICAN INFOSOURCE | 33 | $423.93 | $338.28 | $85.65 | $97.94 |
| 31 | DEPARTMENT STORES NATIONAL BANK | 33 | $1,449.03 | $1,156.26 | $292.77 | $334.75 |
| 32 | WELLS FARGO BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | LEE MARTIN PERLMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $847.65 | $676.38 | $171.27 | $195.82 |
| 36 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $631.60 | $503.99 | $127.61 | $145.91 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 05/01/2019 | 49.00 | $0.00 |
| 06/01/2023 | Paid to Date | $20,982.00 |
| 07/01/2023 | 10.00 | $527.00 |
| 05/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,263.00 |
| Total paid to creditors this period: | $4,681.68 |
| Undistributed Funds on Hand: | $476.41 |
| Arrearages: | $1,054.00 |
| Attorney: | LAW OFFICES OF LEE M. PERLMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**